# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**DUSTIN WALKER,**
    Plaintiff,

v.

**CITY OF ANNISTON,**
    Defendant.

Case No. 1:23-cv-12-CLM

## STIPULATED JUDGMENT

This case involves an alleged violation of the Fair Labor Standards Act ("FLSA"). The Parties filed a Joint Motion to Approve Settlement on July 8, 2024. (Doc. 29). To comply with the Eleventh Circuit's opinion in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), this court held a telephone hearing regarding the proposed settlement on July 25, 2024. Counsel for both parties were present, and the hearing was transcribed.

For the reasons stated on the record at the conclusion of the hearing, the Court made the following findings of fact: (1) this action involves an actual dispute that both parties acknowledge could be decided against them if the case proceeded to trial; (2) the proposed settlement amount is a reasonable compromise of the parties' dispute; (3) the proposed settlement resulted from good faith negotiations, conducted at arms-length by capable attorneys; and, (4) neither party objects to the terms of the proposed settlement.

Accordingly, the Court hereby **GRANTS** the Joint Motion to Approve Settlement (doc. 29) and **ENTERS** a stipulated judgment approving the proposed "Settlement Agreement" (doc. 29-1).

The parties have resolved all claims in this case, including the non-FLSA claim. (Doc. 29). Due to the settlement of the parties' dispute, the Court **DISMISSES WITH PREJUDICE** the Plaintiff's complaint.

**DONE** and **ORDERED** this July 25, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE